IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURBIO, INC.,**<br><br>Plaintiff,<br><br>*v.*<br><br>**MEGAN MILLER**, et al.,<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 22-3619-KSM** |

## ORDER

**AND NOW** this 13th day of March, 2023, upon consideration of Plaintiff Curbio, Inc.'s Motion to Strike Defendants' Affirmative Defenses (Nos. 2, 4–8, & 14) (Doc. No. 16), Defendants' opposition brief (Doc. No. 17), and Plaintiff's reply brief (Doc. No. 18), it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **DENIED** as to defenses 2, 7, and 8;

2. The motion is **GRANTED** as to defense 14. Defense 14 is **STRICKEN WITHOUT PREJUDICE** to Defendants' right to file an Amended Answer that states this defense with the requisite specificity. If Defendants choose to file an Amended Answer, they shall do so by **MARCH 20, 2023**; and

3. The motion is **GRANTED** as to defenses 4, 5, and 6, which are **STRICKEN WITH PREJUDICE.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON J.**